UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                      CR. NO. 16-20055

v.

                      HON. MATTHEW F. LEITMAN

XAZIER BONNER,

        Defendant.
_____/

## ORDER TO SEAL MOTION FOR COMPASSIONATE RELEASE

Counsel for XAZIER BONNER, having moved to seal the forthcoming Motion for Compassionate Release, and the Court having been duly advised in the premises and supporting authority;

IT IS HEREBY ORDERED that the Defendant's forthcoming Motion for Compassionate Release for XAZIER BONNER shall be filed by the Clerk UNDER SEAL due to the confidentiality of the Defendant's medical records and information contained within the forthcoming motion.

                                  /s/Matthew F. Leitman
                                  MATTHEW F. LEITMAN
                                  UNITED STATES DISTRICT JUDGE

Dated:  November 30, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 30, 2020, by electronic means and/or ordinary mail.

                                                s/Holly A. Monda
                                                Case Manager
                                                (810) 341-9764