UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                                    Case No. 16-cr-20055
                                                    Hon. Matthew F. Leitman

XAZIER VEJION BONNER,

    Defendant.
_____/

**ORDER GRANTING DEFENDANT'S MOTION
FOR COMPASSIONATE RELEASE (ECF No. 83)**

    Defendant Xazier Vejion Bonner is a federal prisoner incarcerated at FCI Fort Dix. In November 2016, this Court sentenced Bonner to 96 months in custody in connection with his convictions for robbery and brandishing a firearm during and in relation to a crime of violence. (*See* Judgment, ECF No. 59, PageID.229-230.)

    On November 30, 2020, Bonner filed a motion for compassionate release. (*See* Mot., ECF No. 83.) The Court held a video hearing on Bonner's motion on January 28, 2021. (*See* Notice of Hearing, ECF No. 91.) For the reasons stated on the record during the motion hearing, Bonner's motion is **GRANTED**.

    The custodial portion of Bonner's sentence is reduced to time served. He shall immediately be released from custody. Upon his release, Bonner shall travel directly by automobile to his home. Bonner and all others with him in the automobile shall

1

wear face masks during the drive. For the first 14 days after Bonner arrives at his home, he shall remain inside his house. And for the same 14-day period, he shall quarantine within the house – meaning he shall remain in a room that is separate and apart from all other residents of the house to the extent possible. And when, during the 14-day quarantine period, it is unavoidable for Bonner to be in a separate room, he shall wear a face mask. Finally, Bonner shall contact his supervising probation officer within 48 hours after he first arrives at home.

Also, upon Bonner's release from custody, he shall immediately begin serving the three years of supervised release that the Court imposed in Bonner's Judgment. (*See* Judgment, ECF No. 59, PageID.231.) The Court adds as a condition of that supervised release that Bonner shall be subject to home confinement (with location monitoring) at his residence for a period of 12 months. The supervising probation officer assigned to Bonner's case shall choose the location monitoring equipment. The Court will waive the costs of monitoring due to Bonner's indigence. During this period of home confinement, Bonner shall not leave his residence other than for employment or to look for employment, religious services, educational programming, medical appointments, substance abuse and/or mental health treatment programs, appointments with counsel, and/or other activities approved in advance by his supervising probation officer. (Bonner may not leave his residence

at all during the initial 14-day quarantine period, except in the case of a medical emergency.) In all other respects, Bonner's original sentence remains unchanged.

Finally, at the conclusion of the Court's January 28, 2021, hearing on Bonner's motion, the Government asked the Court to delay entry of this order. In an email to the Court's Case Manager dated February 2, 2021, the Government said it was no longer seeking that delay.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
Dated:  February 2, 2021                    UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 2, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9761